James B. Lewis, Cal. Bar # 297326
jim@jameslewislawoffice.com
Law Office of James B. Lewis
10940 Wilshire Boulevard, Suite 600
Los Angeles, California  90024-3940
(310) 443-4117 phone
(310) 443-4221 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD P. ALVAREZ,<br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. CV19-6543 SHK<br><br>[**PROPOSED**]<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920:

    IT IS ORDERED that attorney fees and expenses of $5,700.00 as authorized by 28 U.S.C. § 2412(d), and $420.55 in costs as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: June 19, 2020   _____
                                           HON. SHASHI H. KEWALRAMANI
                                           UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ James B. Lewis*
JAMES B. LEWIS
Attorney for Plaintiff